1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ALTON E. DEAN,                             No. CIV S-10-CV-0806 CMK-P

12                    Petitioner,

13            vs.                                 <u>ORDER</u>

14    ERIK MANESS,

15                    Respondent.

16    _____/

17            Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner consented to Magistrate Judge

19    jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party was served or appeared in the

20    action.  Pending before the court in this closed case is petitioner's First Amended Petition (Doc.

21    15).

22            This case is closed and an appeal is pending in the Ninth Circuit Court of

23    Appeals.  Petitioner's petition was summarily dismissed on December 30, 2010,  and judgment

24    was entered the same day.  Petitioner then filed a notice of appeal on February 10, 2011, which

25    was processed to the Ninth Circuit on February 15, 2011.  This court therefore lacks jurisdiction

26    over any further proceedings in this matter.  Petitioner is advised that documents filed in this case

                                            1

1  since the closing date will be disregarded and no order will issue in response to future filings,

2  until such time as the appeal of this case is completed.

3               IT IS SO ORDERED.

4

5  DATED:  March 14, 2011

6

7  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26